**Order entered July 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00064-CR

**RICKY ROBLEDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-53839-T**

## ORDER

Before the Court is appellant's July 26, 2017 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before August 25, 2017.

/s/    LANA MYERS
       JUSTICE